UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEYER PHARMATEC INC.,<br><br>Defendant. | CIVIL NO. 20-cv-01104-GAG<br><br><br><br>CIVIL PENALTIES<br>21 U.S.C. § 842 (c)(1) |

## CONSENT JUDGMENT

Plaintiff in the above captioned case filed a complaint before this court on February 24, 2020, demanding judgment against defendant under the Controlled Substances Act, 21 U.S.C. §§ 801-904, for civil penalties and forfeitures assessed and owed to the United States in the principal sum of $190,000.00, plus interest from the date of judgment, as provided by law. ECF No. 1.

The parties to this action have filed a Settlement Agreement on the same date of the filing of the Complaint in which defendant accepts not to contest the allegations of the Complaint and has agreed to the entry of judgment for the amount of $190,000.00, plus interest from the date of judgment. ECF No. 1-3.

Having reviewed the Settlement Agreement entered into by the parties, and the complaint filed in this case, the request for judgment against Seyer Pharmatec Inc. in the principal amount of $190,000.00, plus interest at the prevalent legal rate from the date of judgment, in addition to costs and attorney's fees or the 10% surcharge imposed by law if Plaintiff is forced to use the remedies provided under subchapters B or C of the Federal Debt Collection Procedures Act of 1990, 28

1

U.S.C. § 3011, in the event defendant defaults as provided in the Settlement Agreement, is APPROVED.

The Court hereby enters Judgment pursuant to the Settlement Agreement entered into by the parties (ECF No. 1-3, Exhibit A), the terms of which are adopted and incorporated as part of this judgment.

This court shall retain jurisdiction over this matter for judgment enforcement purposes.

This case is now closed for statistical purposes

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of March, 2020.

/s Gustavo A. Gelpí
GUSTAVO A. GELPÍ
United States Chief District Judge